**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Philip Wayne MATHENIA,**
**Defendant–Appellant.**

No. 13–13991
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 5, 2014.

Corey J. Smith, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Louise Spivey, appointed counsel for Philip Wayne Mathenia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mathenia's conviction and sentence are **AFFIRMED.**